UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| | UNCLAIMED DIVIDENDS FOR |
| | DEPOSIT TO REGISTRY FUND |
| LINDA M CHRISTOPHERSON | |
| Debtor(s) | CASE NO. BKY 04-44998 NCD |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Fleet Credit Card Services in the amount of $77.61, were unclaimed.

CREDITOR:
Fleet Credit Card Services
% Bank Of America Att: Mr BK
1000 Samoset Drive DE5-023-03-03
Newark, DE 19713

CLAIM NUMBER:
5

AMOUNT:
$77.61

ACCOUNT NUMBER:
4746-4400-0267-6558

Jasmine Z. Keller, Trustee

Dated: December 1, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee